## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-3239 DSF(JC) | Date | June 14, 2013 |
|---|---|---|---|
| Title | Jorge Gaxiola v. Pierce College, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL**

On May 10, 2013, plaintiff, Jorge Gaxiola ("plaintiff"), who is at liberty and has been granted leave to proceed *in forma pauperis*, filed a *pro se* Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 against Pierce College and Does 1-10. (Complaint at 1-2).

On May 16, 2013, this Court dismissed the Complaint with leave to amend and afforded plaintiff an opportunity, if he wished to pursue this matter, to file a First Amended Complaint within fourteen (14) days, *i.e.*, by May 30, 2013. The Court expressly cautioned plaintiff that the failure timely to file a First Amended Complaint may result in the dismissal of this action with or without prejudice on the grounds set forth in the May 16 Order and/or for failure diligently to prosecute. To date, although the foregoing deadline has expired, plaintiff has failed to file a First Amended Complaint or to seek an extension of time to do so.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **June 21, 2013**, why this action should not be dismissed based upon the deficiencies identified in the May 16 Order and/or based upon plaintiff's failure to prosecute. **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

**Plaintiff is cautioned that the failure to comply with this order and/or to show good cause, will result in the dismissal of this action based upon the deficiencies identified in the May 16 Order, plaintiff's failure to prosecute this action and/or plaintiff's failure to comply with the Court's order.**

IT IS SO ORDERED.

Attachment

| | Initials of Deputy Clerk | hr |
|---|---|---|