UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JORGE GAXIOLA, | ) | Case No. CV 13-3239 DSF(JC) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| PIERCE COLLEGE, et al., | ) | |
| Defendants. | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 7/2/13 _____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE